# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                              **CASE NO: 6:22-mj-2046-LHP**

**TARICK JEAN CHARLES**

AUSA: Kara Wick

Defense Attorney: Nicole Mouakar

| JUDGE: | **DAVID A. BAKER**<br>United States Magistrate Judge | DATE AND TIME: | **October 26, 2022**<br>2:09 P.M.- 3:37 P.M. |
|---|---|---|---|
| Courtroom: | 6D | TOTAL TIME: | 88 Minutes |
| DEPUTY CLERK: | Jenifer White | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### DETENTION & PRELIMINARY HEARING

Case called, appearances made, procedural setting by the Court.
Court proceeds with detention hearing.
Government calls Jeffrey Starnes U.S. Postal Inspector. Witness Sworn.
Government Exhibit 1 entered for the purpose of detention & preliminary hearing.
Defense cross examination.
Government's redirect.
Defense calls Defendant's mother. Witness provided unsworn testimony.
Defense proceeds by proffer.
Government presents argument as to detention & preliminary matters.
Defense presents argument.
Court finds there is sufficient probable cause to proceed-Order to enter.
The Court finds defendant poses a danger to the community and defendant is a risk of flight.
Court DENIES bond and defendant will remain in custody pending further proceedings- Order to enter.
Court adjourned.